
INN - PS 42
Rev 04/04

# United States District Court

## Western District Of Wisconsin

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Michael John Kozlowski** | ) | Case No. 0758 3:08CR00160-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael John Kozlowski, have discussed with David Beier, Pretrial Services Officer, modification of my release as follows:

Defendant shall not use or possess firearms, destructive devices, or other dangerous weapons.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-23-08   _____  12/23/08
Signature of Defendant          Date    Signature of Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _____
Signature of Defense Counsel         Date

X  The above modification of conditions of release is ordered, to be effective ~~on~~ FORTHWITH

___  The above modification of conditions of release is not ordered.

_____   12-29-08
Signature of Judicial Officer    Date

_____          _____
Signature of Assistant U.S. Attorney     Date